**UNITED STATES of America, Plaintiff—Appellee,**

v.

**William Junior ANDERSON, Defendant–Appellant.**

No. 12–7686.

United States Court of Appeals, Fourth Circuit.

Submitted: March 14, 2013.

Decided: April 4, 2013.

William Junior Anderson, Appellant Pro Se. Adam Christopher Morris, Office of the United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Junior Anderson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Anderson,* No. 3:97–cr–00110–FDW–1 (W.D.N.C. Sept. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*